473 A.2d 684

Commonwealth v. Stewart, Appellant.

Submitted January 3, 1984. Arthur G. Girton, for appellant; Vram Nedurian, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and DEL SOLE and HESTER, JJ.

Order affirmed.